UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK TURNER,

                Plaintiff,

-against-

WAL-MART STORES EAST, LP,

                Defendant.

18-CV-11659 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On March 11, 2020, the Court issued an Order to Show Cause why this case should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 6.) By attorney affirmation dated March 20, 2020, Plaintiff informed the court that discovery and settlement discussions have been ongoing. (*See* ECF No. 8.) Accordingly, the Court denies the Order to Show Cause as moot.

Dated:     White Plains, New York
            April 1, 2020

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2020